IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

In re                              )
                                   )    2:07-cv-1180-GEB-KJM-PS
JAMES M. KINCAID and ESTRELLA A.   )
KINCAID,                           )    ORDER
                                   )
         Debtors.                  )
_____)

       Because pro se petitioners and debtors Estrella Kincaid and James Kincaid have not shown that they are entitled to the relief they seek in the motion for reconsideration filed on June 29, 2007, that motion is denied.

Dated: July 3, 2007

_____
GARLAND E. BURRELL, JR.
United States District Judge